*The Law Offices of Shimshon Wexler, PC*
*216 West 104th St., #129*
*New York, New York 10025*
*Tel (212)760-2400*
*Fax (917)512-6132*
*swexleresq@gmail.com*

July 21, 2015

VIA CM/ECF

Honorable Frederic Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:    Wexler v. AT&T Corp., No. 15-cv-686 (FB-VVP)

Dear Judge Block:

I am co-counsel for the Plaintiff in this action. This letter is being written with the consent of Defendant pursuant to Your Honor's Individual Rules Part 2 at paragraph D. This letter's purpose is to revise the briefing schedule submitted on June 18, 2015.

This briefing schedule takes into account the Defendant has served its motion to compel arbitration. Plaintiff is to file her Opposition by July 23, 2015 and Defendant may file a reply by September 1, 2015.

/s Shimshon Wexler

*Counsel for Plaintiff*