# Exhibit 1

Please carefully review the following agreement. After reviewing the agreement, check the box next to each agreement indicating your acceptance.

## Service Agreement for test test

> Service Agreement
>
> To the extent there is any material conflict between the benefit-related terms of the applicable business agreement between your employer and AT&T Mobility (the "Business Agreement"), and the Terms and Conditions for Wireless Service set forth immediately below, the benefit-related terms of the Business Agreement will control.
>
> By checking "I have read and agree to the Service Agreement", you will be bound to the following for the two-year term of the agreement:
> 1) the Terms of Service, including the binding arbitration clause;
> 2) the "Plan Terms" and other information regarding your Rate Plan contained on the Rate Plan page(s); and

☑ **I have read and agree to the Service Agreement under the terms and conditions listed above beginning today.**

 Print Service Agreement

**Click "Complete Order" and you're done!**