*The Law Offices of Shimshon Wexler, PC*
*315 W Ponce de Leon Ave Suite 250*
*Decatur, GA 30030*
*Tel (212)760-2400*
*Fax (917)512-6132*
*swexleresq@gmail.com*

September 27, 2016

<u>VIA CM/ECF</u>

Honorable Frederic Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   <u>Wexler v. AT&T Corp., No. 15-cv-686 (FB-PK)</u>

Dear Judge Block:


This letter serves as a response to Defendant's letter requesting a pre-motion conference filed yesterday (Dkt. 36). We disagree with the grounds for the proposed motion for the reasons set forth by this Court in *Bank v. Am. Home Shield Corp.,* No. 10–CV–4014, 2013 WL 789203, (E.D.N.Y. Mar. 2013) (Judge Block). However, we have no objection to AT&T making the motion and ask that the Court waive the requirement for a pre-motion conference and adopt the schedule proposed by AT&T.

                                                Respectfully Submitted,

                                                /s/ Shimshon Wexler