# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

EVE WEXLER, an individual
on behalf of herself and all others
similarly situated,

                Plaintiff,

v.                                           Case: 1:15-cv-00686-FB-PK

AT&T CORP.,

                Defendant.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff, Eve Wexler, pursuant to Local Rule 1.4 requests that this Court substitute Keith Keogh, Esq., who will be seeking leave to appear pro hac vice, as counsel for Plaintiff in the place of her former attorney Shimshon Wexler. Mr. Keogh's address, phone number and bar number are as follows:

        Keith J. Keogh, Esq.
        Keogh Law Ltd.
        55 W. Monroe, Suite 3390
        Chicago, IL 60603
        Telephone: (312) 726-1092
        Keith@KeoghLaw.com

Plaintiff will continue to be represented in this matter by attorney James Giardina, The Consumer Rights Law Group, PLLC, 3104 W Waters Ave., Suite 200, Tampa, FL 33614.

Respectfully submitted this 11th day of November 2016.

                                          *s/ Shimshon Wexler*
                                          Shimshon Wexler

Dated: 11/11/16

The Law Offices of Shimshon Wexler, PC
216 West 104th St., #129
New York, New York 10025
Tel: (212)760-2400
Fax: (917)512-6132
swexleresq@gmail.com

*Eve Wex*

Dr. Eve Wexler
1856 Berkeley Mews, NE
Atlanta, GA 30329
646-549-0000

## CERTIFICATE OF SERVICE

I hereby certify that on November 18th, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. I also certify that I have served this motion upon the Plaintiff.

_s/ Shimshon Wexler_
Shimshon Wexler
