

VIA CM/ECF
HONORABLE PEGGY KUO
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

RE:    WEXLER V. AT&T CORP., NO. 15-CV-686 (FB-PK)

Dear Judge Kuo:

    Ms. Wexler, Plaintiff, has no objection to AT&T' corrections to the transcript.

    Thank you for your time and attention.

                                Respectfully submitted,

                                Keith J. Keogh

cc:
Counsel of record via ECF

Keogh Law, Ltd. 55 W. Monroe St., Ste. 3390   Chicago, IL 60603   312.726.1092 (Main) I 312.726.1093 (Fax) I Keoghlaw.com