UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EVE WEXLER, on behalf of herself and all others similarly situated,

                Plaintiff,

     v.

AT&T CORP.,

                Defendant.

15-CV-0686 (DLI-PK)

## JOINT NOTICE OF SETTLEMENT AND STATUS REPORT

Plaintiff Eve Wexler ("Wexler") and Defendant AT&T Corp. ("AT&T") hereby give notice that they have participated in the Court-annexed mediation process pursuant to the Court's November 5, 2019 Order and have agreed to settle the claims in the above-captioned case.

The parties thus respectfully request that the court continue all deadlines in the case for 45 days to allow the parties to draft a formal settlement agreement, effectuate payment, and file a notice of dismissal.

Dated: January 13, 2020

                          /s/ Keith Keogh

                          James S. Giardina
                          The Consumer Rights Law Group, PLLC
                          3104 W. Waters Ave. Suite 200
                          Tampa, FL 33614
                          Tel: (813) 435-5055
                          Fax: (866) 535-7199
                          james@consumerrightslawgroup.com

                          Keith Keogh
                          55 W. Monroe St. Suite 3390
                          Chicago IL 60603

        Tel: (312) 726-1092
        Fax: (312) 726-1093
        keith@keoghlaw.com

*Counsel for Plaintiff*

/s/ Kyle J. Steinmetz

Hans Germann
Kyle J. Steinmetz
Mayer Brown LLP
71 S. Wacker Drive
Chicago IL, 60613
Tel: (312) 782-0600
Fax: (312) 701-7711
hgermann@mayerbrown.com
ksteinmetz@mayerbrown.com

Evan M. Tager
Archis A. Parasharami
Mayer Brown LLP
1999 K Street, N.W.
Washington DC, 20006-1001
Tel: (202) 263-3000
Fax: (202) 263-3300
etager@mayerbrown.com

Matthew D. Ingber
Stephen M. Cohen
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2500
Fax: (212) 849-5973

*Counsel for Defendant*
*AT&T Corp.*

**ATTESTATION**:  The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

## **CERTIFICATE OF SERVICE**

I, Kyle J. Steinmetz, an attorney admitted *pro hac vice* in this matter, do hereby certify that on January 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Kyle J. Steinmetz