**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**EVE WEXLER**, an individual
on behalf of herself and all others
similarly situated,

                      Plaintiff,

v.                                                       Case:  1:15-cv-00686-ARR-VVP

**AT&T CORP.**,
                      Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     **COME NOW**, the Parties herein, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

     Respectfully submitted this 26th day of February 2020.

| | |
|---|---|
| _s/ James Giardina_ | _s/ Kyle J. Steinmetz_ |
| James Salvatore Giardina | Kyle J. Steinmetz |
| The Consumer Rights Law Group, PLLC | Mayer Brown LLP |
| 3104 W. Waters Avenue, Suite 200 | 71 S Wacker Drive |
| Tampa, Florida 33614-2877 | Chicago, IL 60606 |
| Tel: (813) 435-5055 ext 101 | Tel: (312) 701-8547 |
| Fax: (866) 535-7199 | Fax: (312) 543-9756 |
| James@ConsumerRightsLawGroup.com | KSteimetz@mayerbrown.com |
| *Counsel for Plaintiff, Eve Wexler* | *Counsel for Defendant, AT&T Corp.* |